UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE VERLINE WILDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 7:21-CV-46-D** |
| JOHNSTON COUNTY NC COURT, US | ) | |
| ATTORNEY GENERAL, NORTH CAROLINA | ) | |
| ATTORNEY GENERAL, JOHNSTON | ) | |
| COUNTY, NORTH CAROLINA DISTRICT | ) | |
| ATTORNEY, BIVENS V 6 UNKNOWN | ) | |
| FEDERAL AGENTS, JONATHAN SPREIGHTS, | ) | |
| NORTH CAROLINA STATE TROOPERS, | ) | |
| BRUCE MASON, JOHN SUPERSON, | ) | |
| UNKNOWN AGENT, 300 BLOCK NORTH 13th | ) | |
| STREET, WILMINGTON, NC 28401, JUDGE | ) | |
| FREDERICK MOTZ, JUDGE FREDERICK | ) | |
| SMALKINS, JUDGE DIANE MOTZ, | ) | |
| FELLOSHIP #84, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Wilder's application to proceed in forma pauperis [D.E. 1 ], and DISMISSES plaintiff's complaint as frivolous.

**This Judgment Filed and Entered on June 21, 2021, and Copies To:**

Lawrence Verline Wilder                                   (Sent to 1101 Chestnut Street
                                                                            Wilmington, NC 28401 via US Mail)

DATE:                                                               PETER A. MOORE, JR., CLERK

June 21, 2021                                                   (By) /s/ Nicole Sellers
                                                                            Deputy Clerk